**Order issued December 18, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00633-CV

———————————

**DAVID HOTZE, DONNA HOTZE, AS TRUSTEE AND BRUCE HOTZE, Appellants**

**V.**

**BANK OF AMERICA, Appellee**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2016-36300A

## MEMORANDUM ORDER

Appellants, David Hotze and Donna Hotze, as Trustee for the David N. Hotze 2012 Family Trust, have filed an unopposed motion to dismiss their appeal because they no longer seek to prosecute their appeal. We have not issued an opinion.

We **grant** the motion and **dismiss** the appeal of David Hotze and Donna Hotze, as Trustee for the David N. Hotze 2012 Family Trust.

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.